UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTOINE MAHONEY,

    Defendant.

Case No. 16-20055
Hon. Matthew F. Leitman

---

**ORDER GRANTING REQUEST TO FILE <u>DEFENDANT MAHONEY'S SENTENCING MEMORANDUM UNDER SEAL</u>**

Defendant Antoine Mahoney having requested permission to file Defendant Mahoney's Sentencing Memorandum under seal;

**IT IS HEREBY ORDERED** that counsel for Defendant Mahoney may file his Sentencing Memorandum UNDER SEAL.

**IT IS SO ORDERED**.

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: January 31, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 31, 2017, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                  Case Manager
                                                  (313) 234-5113