UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                   Case No. 16-cr-20055-2
                                   Hon. Matthew F. Leitman

D2, ANTOINE MAHONEY,

    Defendant.

_____/

**ORDER DENYING DEFENDANT'S
MOTION FOR RECONSIDERATION (ECF No. 109)**

On February 13, 2018, this Court sentenced Defendant Antoine Mahoney to 115 months in prison for two counts of Hobbs Act armed robberies. (*See* Judgment, ECF No. 63.) In May 2021, Mahoney moved for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (*See* Mot., ECF No. 97.) The Court denied that motion in a written order dated January 13, 2022. (*See* Order, ECF No. 109.)

Mahoney has now moved for reconsideration of the Court's January 13 order. (*See* Mot. for Reconsideration, ECF No. 109.) Motions for reconsideration in this Court are governed by Local Rule 7.1(h). That rule provides as follows:

> Motions for reconsideration of non-final orders are disfavored. They must be filed within 14 days after entry of the order and may be brought only upon the following grounds:

>    (A)  The court made a mistake, correcting the mistake changes the outcome of the prior decision, and the mistake was based on the record and law before the court at the time of its prior decision;
>
>    (B)  An intervening change in controlling law warrants a different outcome; or
>
>    (C)  New facts warrant a different outcome and the new facts could not have been discovered with reasonable diligence before the prior decision.

E.D. Mich. Local Rule 7.1(h)(2)(A)-(C).

The Court has carefully reviewed Mahoney's motion for reconsideration, and it concludes that not met the standard for reconsideration set forth in Local Rule 7.1(h). Accordingly, Mahoney's motion for reconsideration (ECF No. 109) is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 11, 2022

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 11, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126